New York Central Railroad Co. et al., and *Ralph E. Cooper* for the Erie Railroad Co., petitioners. *John M. Harlan, Lyman M. Tondel, Jr.* and *Ralph E. Lum* for Norton, respondent in No. 1418. Reported below: No. 1418, 160 F. 2d 29; No. 1419, 160 F. 2d 34.

No. 1263. TINKOFF *v.* CAMPBELL, COLLECTOR OF INTERNAL REVENUE. June 9, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Petitioner *pro se. Acting Solicitor General Washington, Sewall Key, A. F. Prescott* and *Hilbert P. Zarky* for respondent.

No. 1322. MELLEN *v.* H. B. HIRSCH & SONS ET AL. June 9, 1947. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. Petitioner *pro se. Lewis Jacobs* for respondents.

No. 1347. GEISELMAN *v.* NEW YORK. June 9, 1947. Petition for writ of certiorari to the County Court of Nassau County, New York, denied.

No. 1360. HAMMOND *v.* RAGEN, WARDEN. June 9, 1947. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 1365. CAMPIGLIA *v.* NEW YORK. June 9, 1947. Petition for writ of certiorari to the County Court of Suffolk County, New York, denied.